IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

     Plaintiff,                    No. CIV S-11-0167 GGH P

     vs.

VIRGA,

     Defendant.                <u>ORDER</u>

_____/

     On February 8, 2011, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4). By an order filed February 22, 2011, plaintiff was ordered to file a completed affidavit in support of his request to proceed in forma pauperis within twenty-eight days and was cautioned that failure to do so would result in this action being dismissed. The twenty-eight day period has now expired, and plaintiff has not responded to the court's order and has not filed his completed affidavit. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 27, 2011

                                    /s/ Gregory G. Hollows

                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
nguo0167.fifp

1